AO 470 (8/85) Order of Temporary Detention

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 27 2010

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER OF TEMPORARY DETENTION |
| vs. | PENDING HEARING PURSUANT |
| PAULINE WILTSHIRE | TO BAIL REFORM ACT |

CASE NO: 1:10-MJ-1970

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for [1] DECEMBER 28, 2010 at 3:30 p.m. before United States Magistrate Judge LINDA T. WALKER, U.S. Courthouse, Richard B. Russell Building, 18th Floor, Courtroom 1875, Spring Street, S.W., Atlanta, Georgia 30303.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated at Atlanta, Georgia this 27TH day of DECEMBER, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. 3142(f)(2).
A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate; or attempt to threaten, injure, or intimidate a prospective witness or juror.