| | |
|---|---|
| | DATE: 12/27/2010 @ 3:06 pm |
| | TAPE: FTR |
| | TIME IN COURT: 25 minutes |
| MAGISTRATE JUDGE LINDA T. WALKER | COURTROOM DEPUTY CLERK: Sonya Coggins |
| CASE NUMBER: 1:10-MJ-1970 | DEFENDANT'S NAME: Pauline Wiltshire |
| AUSA: Mike Herskowitz | DEFENDANT'S ATTY: Paul Kish |
| USPO / PTR: | (X) Retained ( ) CJA ( ) FDP ( ) Waived |

___ ARREST DATE _____

___ Initial appearance hearing held.            ___ Defendant informed of rights.

___ Interpreter sworn: _____

### COUNSEL

___ ORDER appointing Federal Defender as counsel for defendant.

___ ORDER appointing _____ as counsel for defendant.

___ ORDER: defendant to pay attorney's fees as follows: _____

### IDENTITY / PRELIMINARY HEARING

X  Defendant WAIVES identity hearing.                           ___ WAIVER FILED

___ Identity hearing HELD.      ___ Def is named def. in indictment/complaint; held for removal to other district.

X  Defendant WAIVES preliminary hearing in this district only.        X  WAIVER FILED

___ Preliminary hearing HELD.    ___ Probable cause found; def. held to District Court for removal to other district

___ Commitment issued.

### BOND/PRETRIAL DETENTION HEARING

___ Government motion for detention filed. Pretrial hearing set for _____ @ _____

___ Pretrial hearing set for _____ @ _____    ( ___ In charging district.)

___ Bond/Pretrial detention hearing held.

___ Government motion for detention ( ) GRANTED  ( ) DENIED

___ Pretrial detention ordered.   ___ Written order to follow.

X  BOND set at  $50,000.00        ___ NON-SURETY     X  SURETY
                 ___ cash          X  property         ___ corporate surety ONLY

X  SPECIAL CONDITIONS: The Court requests that the EDNY execute the property portion of the bond.

---

X  Bond filed. Defendant released.

___ Bond not executed. Defendant to remain in Marshal's custody.

___ Motion ( ___ verbal) to reduce/revoke bond filed.

___ Motion to reduce/revoke bond       ___ GRANTED       ___ DENIED

___ See page 2