UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE

75 SPRING STREET, SW

ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
CLERK OF COURT

DOCKETING SECTION  
404-215-1655

December 29, 2010

Clerk, United States District Court  
Eastern District of New York  
Theodore Roosevelt United States Courthouse  
225 Cadman Plaza East, Room 118S  
Brooklyn, NY 11201-1818

  Re: *USA v. Pauline Wiltshire*  
    **NDGA Case No.: 1:10-mj-1970-LTW**  
    **Your Case No.: M-10-1935**

Dear Clerk:

Rule 5(c)(3) proceedings were held in this district on December 27, 2010 as to Pauline Wiltshire. Enclosed are our documents of said proceedings, and a certified copy of our docket sheet.

Please acknowledge receipt on the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1655.

          Sincerely,

          James N. Hatten  
          Clerk of Court

       By: <u>s/ B. Graves</u>  
          Deputy Clerk